**B1 (Official Form 1)  (4/10)**

| United States Bankruptcy Court<br>Northern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hinds, Marie A.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Hinds, Dennis M.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Marie A. Bonn**<br>**Marie A. Henning** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **1710** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **1862** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**311 Howard St**<br>**Syracuse, NY**<br>ZIPCODE **13203-2321** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**311 Howard St**<br>**Syracuse, NY**<br>ZIPCODE **13203-2321** |
| County of Residence or of the Principal Place of Business:<br>**Onondaga** | County of Residence or of the Principal Place of Business:<br>**Onondaga** |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE |
|---|

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.)<br><br>☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.)<br><br>☑ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☐ Chapter 11      Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer  ☐ Debts are primarily<br>   debts, defined in 11 U.S.C.    business debts.<br>   § 101(8) as "incurred by an<br>   individual primarily for a<br>   personal, family, or house-<br>   hold purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br><br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                      Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hinds, Marie A. & Hinds, Dennis M.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X **/s/ Michael M. Bryant**                    **8/08/11**<br>   Signature of Attorney for Debtor(s)                    Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>   ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>   ☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hinds, Marie A. & Hinds, Dennis M.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Marie A. Hinds**
Signature of Debtor                                    **Marie A. Hinds**

X **/s/ Dennis M. Hinds**
Signature of Joint Debtor                          **Dennis M. Hinds**

Telephone Number (If not represented by attorney)

**August  8, 2011**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X **/s/ Michael M. Bryant**
Signature of Attorney for Debtor(s)

**Michael M. Bryant**
**Bryant Law Office**
**239 E Water Street**
**Syracuse, NY  13202-1121**
**(315) 422-4727  Fax: (315) 422-4707**
**attymmb@twcny.rr.com**

**August  8, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Northern District of New York

IN RE:                                                                 Case No. _____

**Hinds, Marie A.** _____    Chapter **7** _____
<div align="center">Debtor(s)</div>

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Marie A. Hinds** _____

Date: **August  8, 2011** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Northern District of New York

IN RE:                                                                                            Case No. _____

**Hinds, Dennis M.** _____   Chapter **7** _____
                                             Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Dennis M. Hinds** _____

Date: **August  8, 2011** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Hinds, Marie A. & Hinds, Dennis M.** _____    Case No. _____
                          Debtor(s)                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **311 Howard Street, Syracuse, New York.  Home is titled to debtor's deceased mother, Pauline Bonn.  Debtor has a 1/3 interest in subject property.   The estate has never been probated.  Tax assessment = $75,385.  Debtor's interest is $25,128.33.** | | W | 25,128.33 | 3,933.46 |
| | | **TOTAL** | 25,128.33 | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Hinds, Marie A. & Hinds, Dennis M.** _____   Case No. _____
                Debtor(s)                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking/Savings Account @ SEFCU** | J | 21.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Savings account - Focal FCU** | H | 5.01 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods and furnishings** | | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **clothing** | | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life insurance through employer** | | unknown |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **403b** | | 2,080.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.**                                        Case No. _____
_____
Debtor(s)                                                                             (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 GMC Jimmy**<br>**2000 Ford Van Econo Line 150** | H<br>H | 500.00<br>3,016.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.**
_____   Case No. _____
            Debtor(s)                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **8,122.01** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6C** (Official Form 6C) (04/10)

IN RE **Hinds, Marie A. & Hinds, Dennis M.**                                    Case No. _____
_____
                      Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **311 Howard Street, Syracuse, New York. Home is titled to debtor's deceased mother, Pauline Bonn. Debtor has a 1/3 interest in subject property.   The estate has never been probated.  Tax assessment = $75,385.  Debtor's interest is $25,128.33.** | **11 USC § 522(d)(1)** | **21,194.87** | **25,128.33** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Checking/Savings Account @ SEFCU** | **11 USC § 522(d)(5)** | **21.00** | **21.00** |
| **Savings account - Focal FCU** | **11 USC § 522(d)(5)** | **5.01** | **5.01** |
| **Household goods and furnishings** | **11 USC § 522(d)(3)** | **2,000.00** | **2,000.00** |
| **clothing** | **11 USC § 522(d)(3)** | **500.00** | **500.00** |
| **1999 GMC Jimmy** | **11 USC § 522(d)(2)** | **500.00** | **500.00** |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE Hinds, Marie A. & Hinds, Dennis M.
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Blessed Sacrament Church 3127 James Street Syracuse, NY  13206** | | J | **tuition owing judgment had 1/8/10**  <br><br>VALUE $ **25,128.33** | | | | 2,491.00 | |
| ACCOUNT NO. **Newman & Lickstein 235 E Water Street Syracuse, NY  13202** | | | **Assignee or other notification for: Blessed Sacrament Church**  <br><br>VALUE $ | | | | | |
| ACCOUNT NO. **Credit Acceptance PO Box 5070 Southfield, MI  48086** | | H | **2000 Ford Van**  <br><br>VALUE $ **3,016.00** | | | | 6,050.00 | 3,034.00 |
| ACCOUNT NO. **NYS Deptartment Of Taxation & Finance Tax Compliance Division PO Box 5149 Albany, NY  12205-0149** | | J | **personal income tax owing for calendar year 2006**  <br><br>VALUE $ **25,128.33** | | | | 1,442.46 | |

_____**1**_____ continuation sheets attached

Subtotal
(Total of this page)
$ 9,983.46   $ 3,034.00

Total
(Use only on last page)
$   $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE  **Hinds, Marie A. & Hinds, Dennis M.** _____  Case No. _____
                                    Debtor(s)                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**NYS Assessment Receivables**<br>**PO Box 4127**<br>**Binghamton, NY  13902** | | | **Assignee or other notification for:**<br>**NYS Deptartment Of Taxation & Finance**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>**NYS Dept Of Taxation & Finance**<br>**Civil Enforcement-CO-ATC**<br>**W A Harriman Campus**<br>**Albany, NY  12227-0001** | | | **Assignee or other notification for:**<br>**NYS Deptartment Of Taxation & Finance**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. _____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | $ | $ |
|---|---|---|---|
| | **Total** (Use only on last page) | $ **9,983.46** | $ **3,034.00** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Hinds, Marie A. & Hinds, Dennis M.**                    Case No. _____
_____
              Debtor(s)                                                     (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed Schedules. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE __Hinds, Marie A. & Hinds, Dennis M.__                                  Case No. _____
                   Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Reveue Service<br>PO Box 7346<br>Philadelphia, PA  19101** | | J | **2010 personal income taxes owing** | | | | 1,147.66 | 1,147.66 | |
| ACCOUNT NO.<br>**NYS Dept Of Taxation & Finance<br>Civil Enforcement-CO-ATC<br>W A Harriman Campus<br>Albany, NY  12227-0001** | | H | **2007 sales tax owing** | | | | 461.60 | 461.60 | |
| ACCOUNT NO.<br>**NYS Dept Of Taxation & Finance<br>Civil Enforcement-CO-ATC<br>W A Harriman Campus<br>Albany, NY  12227-0001** | | J | **personal income taxes owing for calendar year 2008** | | | | 642.70 | 642.70 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

                             Subtotal
                 (Totals of this page)    $ **2,251.96** | $ **2,251.96** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **2,251.96**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ **2,251.96** | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Hinds, Marie A. & Hinds, Dennis M.**                                                    Case No. _____
    Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**AFNI**<br>**PO Box 3097**<br>**Bloomington, IL  61702** | | W | | | | | 916.00 |
| ACCOUNT NO.<br><br>**AFNI, Inc**<br>**404 Brock Dr**<br>**PO Box 3517**<br>**Bloomington, IL  61702-3517** | | H | | | | | 137.55 |
| ACCOUNT NO.<br><br>**American Medical Collection**<br>**2269 S Saw Mill River Rd**<br>**Bldg 3**<br>**Elmsford, NY  10523** | | H | Quest Diagnostics Inc | | | | 283.60 |
| ACCOUNT NO.<br><br>**Arrow Financial**<br>**8589 Aero Drive, Ste 600**<br>**San Diego, CA  92123** | | H | | | | | 556.00 |

__34__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | 1,893.15 |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.** _____  Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Aspen Dental** <br> **PO Box 3189** <br> **Syracuse, NY  13220** | | | | | | | **230.00** |
| ACCOUNT NO. <br> **Associated Credit Services, Inc** <br> **PO Box 9100** <br> **Hopkinton, MA  01748** | | H | citizens bank | | | | **137.55** |
| ACCOUNT NO. <br> **Auto Insurance Agency** <br> **1301 Burnet Avenue** <br> **Syracuse, NY  13206** | | H | Progressive Ins | | | | **788.27** |
| ACCOUNT NO. <br> **Bell Atlantic** <br> **PO Box 1100** <br> **Albany, NY  12250** | | H | | | | | **150.03** |
| ACCOUNT NO. <br> **Better Homes And Gardens** <br> **Billing Center** <br> **1716 Locust St** <br> **Des Moines, IA  50309-3038** | | H | | | | | **22.00** |
| ACCOUNT NO. <br> **Bishop Ludden Junior High School** <br> **PO Box 511** <br> **Syracuse, NY  13201** | | J | | | | | **1,919.80** |
| ACCOUNT NO. <br> **Romeo And Romeo, PC** <br> **240 Commerce Blvd** <br> **Liverpool, NY  13088** | | | Assignee or other notification for: <br> Bishop Ludden Junior High School | | | | |

Sheet no. **1** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$| **3,247.65**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$|

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Hinds, Marie A. & Hinds, Dennis M.</u>      Case No. _____
            Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Blockbuster**<br>**1802 Teal Ave**<br>**Syracuse, NY  13206** | | **J** | | | | | **17.12** |
| ACCOUNT NO. **923**<br>**BOA MBNA**<br>**PO Box 17054**<br>**Wilmington, DE  19884** | | | | | | | **unknown** |
| ACCOUNT NO.<br>**Bronson & Migliaccio, LLP**<br>**415 Lawrence Bell Drive**<br>**Buffalo, NY  14221** | | **H** | **Care Credit Dental**<br>**Cach, LLC** | | | | **2,039.59** |
| ACCOUNT NO. **1004**<br>**Bryant**<br>**Conseco Finance**<br>**Dept 0008**<br>**Palatine, IL  60055-0001** | | | **Judgment may have been entered in 2003** | | | | **3,374.00** |
| ACCOUNT NO.<br>**Cavalry Portfolio Services**<br>**4050 E Cotton Center Blv**<br>**Phoenix, AZ  85040** | | | **Assignee or other notification for:**<br>**Bryant** | | | | |
| ACCOUNT NO.<br>**Cavalry Portfolio Svcs**<br>**7 Skyline Dr, 3rd Fl**<br>**Hawthorne, NY  10532** | | | **Assignee or other notification for:**<br>**Bryant** | | | | |
| ACCOUNT NO.<br>**Conseco Finance**<br>**PO Box 6150**<br>**Rapid City, SD  57709** | | | **Assignee or other notification for:**<br>**Bryant** | | | | |

Sheet no. ___**2**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal
(Total of this page)   $   **5,430.71**

            Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hinds, Marie A. & Hinds, Dennis M.                                                                      Case No. _____
                              Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Conseco Financial**<br>**PO Box 981206**<br>**El Paso, TX  79998** | | | **Assignee or other notification for:**<br>**Bryant** | | | | |
| ACCOUNT NO.<br><br>**Consecofin**<br>**345 St Peter/900 Land Mk**<br>**Saint Paul, MN  55102** | | | **Assignee or other notification for:**<br>**Bryant** | | | | |
| ACCOUNT NO. **4889**<br><br>**Capital One**<br>**PO Box 85147**<br>**Richmond, VA  23276** | | | **judgment had in 2006 from Syracuse City Court**<br>**10/16/06** | | | | **2,172.86** |
| ACCOUNT NO.<br><br>**Capital Management Services, LP**<br>**726 Exchange St, Ste 700**<br>**Buffalo, NY  14210** | | | **Assignee or other notification for:**<br>**Capital One** | | | | |
| ACCOUNT NO.<br><br>**Capital One Bk**<br>**PO Box 85015**<br>**Richmond, VA  23285** | | | **Assignee or other notification for:**<br>**Capital One** | | | | |
| ACCOUNT NO.<br><br>**Capital One Bk**<br>**PO Box 85520**<br>**Richmond, VA  23285** | | | **Assignee or other notification for:**<br>**Capital One** | | | | |
| ACCOUNT NO.<br><br>**Capital One Services**<br>**PO Box 30281**<br>**Salt Lake City, UT  84130** | | | **Assignee or other notification for:**<br>**Capital One** | | | | |

Sheet no. ___**3**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,172.86**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.** _____     Case No. _____
                                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ERS**<br>**PO Box 3474**<br>**Buffalo, NY  14240** | | | **Assignee or other notification for:**<br>**Capital One** | | | | |
| ACCOUNT NO.<br>**Rubin & Rothman**<br>**1787 Veterans Highway**<br>**Islandia, NY  11749** | | | **Assignee or other notification for:**<br>**Capital One** | | | | |
| ACCOUNT NO. **7211**<br>**Capital One Bank**<br>**PO Box 85147**<br>**Richmond, VA  23276** | | H | | | | | **382.00** |
| ACCOUNT NO. **5791**<br>**Capital One Services**<br>**PO Box 85147**<br>**Richmond, VA  23276** | | | | | | | **2,253.00** |
| ACCOUNT NO.<br>**Capital One**<br>**PO Box 85520**<br>**Richmond, VA  23285** | | | **Assignee or other notification for:**<br>**Capital One Services** | | | | |
| ACCOUNT NO.<br>**Capital One Bk**<br>**PO Box 85015**<br>**Richmond, VA  23285** | | | **Assignee or other notification for:**<br>**Capital One Services** | | | | |
| ACCOUNT NO.<br>**Capital One Services**<br>**PO Box 30281**<br>**Salt Lake City, UT  84130** | | | **Assignee or other notification for:**<br>**Capital One Services** | | | | |

Sheet no. ___**4**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,635.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.** _____    Case No. _____
                  Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1870** <br><br>**Capital One Services** <br>**PO Box 85015** <br>**Richmond, VA  23285** | | H | | | | | **208.77** |
| ACCOUNT NO. <br><br>**Cardiology, PC** <br>**739 Irving Ave, Ste 500** <br>**Syracuse, NY  13210** | | H | | | | | **200.00** |
| ACCOUNT NO. <br><br>**Cavalry SPV II, LLC, As Assignee Of** <br>**Conseco Finance Corp** <br>**7 Skyline Dr 3rd Fl** <br>**Hawthorne, NY  10532-2156** | | | **judgment had 6/3/03** | | | | **unknown** |
| ACCOUNT NO. <br><br>**Cavalry Portfolio Services, LLC** <br>**PO Box 1017** <br>**Hawthorne, NY  10532** | | | **Assignee or other notification for:** <br>**Cavalry SPV II, LLC, As Assignee Of** | | | | |
| ACCOUNT NO. <br><br>**Tabula Rasa International, Ltd** <br>**501 John James Audubon Parkway** <br>**Suite 303** <br>**Buffalo, NY  14228** | | | **Assignee or other notification for:** <br>**Cavalry SPV II, LLC, As Assignee Of** | | | | |
| ACCOUNT NO. <br><br>**CBCS 70** <br>**PO Box 164060** <br>**Columbus, OH  43216** | | | **Cytology Outreach, Pllc** | | | | **15.00** |
| ACCOUNT NO. <br><br>**Cytology Outreach, PLLC** <br>**D/B/A Clearpath Diagnostics** <br>**PO Box 37313** <br>**Syracuse, NY  13235-7313** | | | **Assignee or other notification for:** <br>**CBCS 70** | | | | |

Sheet no. ___**5**___ of ___**34**___ continuation sheets attached to                          Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                    (Total of this page) | $    **423.77**

                                                                                          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.** _____   Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Centrex Clinical Laboratories <br> 28 Campion Rd <br> New Hartford, NY 13413** | | | | | | | **57.36** |
| ACCOUNT NO. **355** <br> **Certegy Payment Recovery <br> 11601 Roolsevelt Blvd <br> Saint Petersburg, FL 33716** | | H | | | | | **20.00** |
| ACCOUNT NO. **808** <br> **Certegy Payment Recovery Services <br> 550 Greensboro Ave <br> Ste 301 <br> Tuscaloosa, AL 35401** | | H | Finish Line | | | | **136.17** |
| ACCOUNT NO. **808** <br> **Certegy Payment Recovery Services <br> 550 Greensboro Ave <br> Ste 301 <br> Tuscaloosa, AL 35401** | | H | Kmart HQ | | | | **140.85** |
| ACCOUNT NO. **702** <br> **Chase Auto Finance Corp <br> 14800 Frye Rd <br> Fort Worth, TX 76155** | | | Toyota Truck Repo  March, 2004 | | | | **9,923.85** |
| ACCOUNT NO. <br> **Automotive Finance <br> PO Box 31167 <br> Tampa, FL 33631** | | | Assignee or other notification for: <br> Chase Auto Finance Corp | | | | |
| ACCOUNT NO. <br> **Chase <br> 900 Stewart Avenue <br> Garden City, NY 11530** | | | Assignee or other notification for: <br> Chase Auto Finance Corp | | | | |

Sheet no. ___**6**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,278.23**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Hinds, Marie A. & Hinds, Dennis M.</u>                                    Case No. _____
                             Debtor(s)                                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chase/Special Installment**<br>**200 Marcus Ave, 2nd Flr**<br>**New Hyde Park, NY  11040** | | | **Assignee or other notification for:**<br>**Chase Auto Finance Corp** | | | | |
| ACCOUNT NO.<br>**Jefferson Capital Systems, LLC**<br>**16 McLeland Road**<br>**Saint Cloud, MN  56303** | | | **Assignee or other notification for:**<br>**Chase Auto Finance Corp** | | | | |
| ACCOUNT NO.<br>**Liberty Point Corp**<br>**8440 S Hardy Drive**<br>**Suite 102**<br>**Tempe, AZ  85284** | | | **Assignee or other notification for:**<br>**Chase Auto Finance Corp** | | | | |
| ACCOUNT NO.<br>**Nelson, Watson & Assoc, LLC**<br>**PO Box 1299**<br>**Haverhill, MA  01831** | | | **Assignee or other notification for:**<br>**Chase Auto Finance Corp** | | | | |
| ACCOUNT NO. **1844**<br>**Chase NA**<br>**100 Duffy Ave**<br>**Hicksville, NY  11801** | | | | | | | **1,149.00** |
| ACCOUNT NO.<br>**Chase NA**<br>**800 Brooksedge Blvd**<br>**Westerville, OH  43081** | | | **Assignee or other notification for:**<br>**Chase NA** | | | | |
| ACCOUNT NO.<br>**Citizens Bank**<br>**DDA Recovery RJE245**<br>**PO Box 42023**<br>**Providence, RI  02940-2023** | | H | | | | | **137.55** |

Sheet no. **7** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
(Total of this page)   $ **1,286.55**

                                        Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Hinds, Marie A. & Hinds, Dennis M.                                Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **396** <br> **CNY Diagnostic** <br> **310 S Crouse Ave** <br> **Syracuse, NY  13210** | | W | | | | | **355.00** |
| ACCOUNT NO. <br> **A/R Resolutions** <br> **5500 Bartel Road** <br> **Brewerton, NY  13029** | | | Assignee or other notification for: <br> CNY Diagnostic | | | | |
| ACCOUNT NO.  **080** <br> **CNY Diagnostic** <br> **310 S Crouse Ave** <br> **Syracuse, NY  13210** | | J | | | | | **355.00** |
| ACCOUNT NO. <br> **CNY Diagnostic Imaging Associates, LLC** <br> **1000 E Genesee St, Ste 100** <br> **Syracuse, NY  13210** | | | | | | | **15.00** |
| ACCOUNT NO. <br> **Kopp Collection Service** <br> **PO Box 2367** <br> **Syracuse, NY  13220** | | | Assignee or other notification for: <br> CNY Diagnostic Imaging Associates, LLC | | | | |
| ACCOUNT NO. <br> **Compassionate Family Medicine** <br> **001 W Fayette St, Ste 400** <br> **Syracuse, NY  13204** | | H | | | | | **30.00** |
| ACCOUNT NO. <br> **Simons Agency, Inc** <br> **PO Box 5026** <br> **Syracuse, NY  13220** | | | Assignee or other notification for: <br> Compassionate Family Medicine | | | | |

Sheet no. **8** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **755.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.** _____    Case No. _____
                              Debtor(s)                                         (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Credit Collection Services<br>2 Wells Ave<br>Newton Center, MA  02459** | | H | | | | | **329.00** |
| ACCOUNT NO.  **457**<br>**Credit Collection Services<br>2 Wells Avenue<br>Newton Center, MA  02459** | | H | Labcorp | | | | **137.00** |
| ACCOUNT NO. **3242**<br>**Credit One Bank<br>PO Box 98873<br>Las Vegas, NV  89193** | | H | | | | | **928.00** |
| ACCOUNT NO.<br>**Allied Interstate, LLC<br>PO Box 361774<br>Columbus, OH  43236** | | | Assignee or other notification for:<br>Credit One Bank | | | | |
| ACCOUNT NO.<br>**Creditors Financial Group, LLC<br>PO Box 440290<br>Aurora, CO  80044** | | | Assignee or other notification for:<br>Credit One Bank | | | | |
| ACCOUNT NO.<br>**FMS Investments Corp<br>PO Box 68245<br>Schaumburg, IL  60168** | | | Assignee or other notification for:<br>Credit One Bank | | | | |
| ACCOUNT NO.<br>**LVNV Funding, LLC<br>PO Box 981402<br>Greenville, SC  29603** | | | Assignee or other notification for:<br>Credit One Bank | | | | |

Sheet no. **9** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **1,394.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.** _____    Case No. _____
                          Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MRS Associates**<br>**1930 Olney Avenue**<br>**Cherry Hill, NJ  08003** | | | **Assignee or other notification for:**<br>**Credit One Bank** | | | | |
| ACCOUNT NO.<br>**Credit Protection Association**<br>**13355 Noel Rd**<br>**Dallas, TX  75240** | | H | **blockbuster** | | | | 17.12 |
| ACCOUNT NO. **1666**<br>**Cricket**<br>**PO Box 660017**<br>**Dallas, TX  75266** | | | | | | | 73.56 |
| ACCOUNT NO.<br>**Cricket**<br>**PO Box 660021**<br>**Dallas, TX  75266** | | | **Assignee or other notification for:**<br>**Cricket** | | | | |
| ACCOUNT NO. **433**<br>**Cricket**<br>**PO Box 660017**<br>**Dallas, TX  75266** | | H | | | | | 85.24 |
| ACCOUNT NO. **593**<br>**Crouse Hospital**<br>**736 Irving Avenue**<br>**Syracuse, NY  13210** | | H | | | | | 547.35 |
| ACCOUNT NO.<br>**Crouse Hospital**<br>**736 Irving Avenue**<br>**Syracuse, NY  13210** | | J | | | | | 140.20 |

Sheet no. **10** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | $ 863.47 |
| Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.** _____     Case No. _____
                                 Debtor(s)                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Crouse Radiology Assoc**<br>**PO Box 2004**<br>**East Syracuse, NY 13057** | | | | | | | 140.20 |
| ACCOUNT NO.<br>**Crouse Radiology Assoc**<br>**PO Box 2004**<br>**East Syracuse, NY 13057** | | H | | | | | 128.00 |
| ACCOUNT NO.<br>**Merit Recovery Systems, Inc**<br>**PO Box 484**<br>**Fayetteville, NY 13066** | | | **Assignee or other notification for:**<br>**Crouse Radiology Assoc** | | | | |
| ACCOUNT NO. **400**<br>**Crystal Rock/Vermont Pure**<br>**1050 Buckingham St**<br>**Watertown, CT 06795** | | H | | | | | 98.80 |
| ACCOUNT NO.<br>**D&B RMS**<br>**PO Box 12850**<br>**5431 E Williams Blvd Ste 200**<br>**Tucson, AZ 85711-7455** | | H | | | | | 410.15 |
| ACCOUNT NO. **7816**<br>**Discover**<br>**PO Box 15251**<br>**Wilmington, DE 19886** | | | **judgment ad in Syracuse City Court 7/23/02** | | | | 12,909.81 |
| ACCOUNT NO.<br>**Cohen & Slamowitz, LLP**<br>**PO Box 9001**<br>**Woodbury, NY 11797** | | | **Assignee or other notification for:**<br>**Discover** | | | | |

Sheet no. **11** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal           
(Total of this page)    $ **13,686.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hinds, Marie A. & Hinds, Dennis M.                          Case No. _____
_____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Discover Bank<br>3311 Mill Meadow Drive<br>Hilliard, OH  43026** | | | **Assignee or other notification for:<br>Discover** | | | | |
| ACCOUNT NO.<br>**Discover Card<br>12 Reads Way<br>New Castle, DE  19720** | | | **Assignee or other notification for:<br>Discover** | | | | |
| ACCOUNT NO.<br>**Discover Fincl Svc LLC<br>PO Box 15316<br>Wilmington, DE  19850** | | | **Assignee or other notification for:<br>Discover** | | | | |
| ACCOUNT NO.<br>**Upton, Cohen & Slamowitz<br>485 Underhill Blvd<br>Syosset, NY  11791** | | | **Assignee or other notification for:<br>Discover** | | | | |
| ACCOUNT NO. **1003**<br>**Diversified Consultants, Inc<br>PO Box 551268<br>Jacksonville, FL  32255** | | H | Sprint | | | | **401.40** |
| ACCOUNT NO.<br>**Dr. Joseph Bonacci<br>PO Box 11170<br>801 N Salina St<br>Syracuse, NY  13208-2512** | | J | | | | | **357.80** |
| ACCOUNT NO.<br>**Dun & Bradstreet<br>PO Box 280419<br>East Hartford, CT  06128** | | | **MSN** | | | | **522.78** |

Sheet no. __12__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **1,281.98**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.**                                    Case No. _____
                        Debtor(s)                                                      (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Microsoft**<br>**C/O D&B RMS**<br>**PO Box 12850**<br>**Tucson, AZ 85732-2850** | | | **Assignee or other notification for:**<br>**Dun & Bradstreet** | | | | |
| ACCOUNT NO. **338**<br>**Elite Recovery Services, Inc**<br>**PO Box 3474**<br>**Buffalo, NY 14240** | | | **Genesis Financial Solutions**<br>**Cross Country Bank** | | | | 382.45 |
| ACCOUNT NO.<br>**Eltman, Eltman & Cooper PC**<br>**Attorneys At Law**<br>**140 Broadway 26th Fl**<br>**New York, NY 10005-1108** | | | **judgment had 10/13/04** | | | | 4,938.77 |
| ACCOUNT NO. **680**<br>**EMP Of Onon County, PLLC**<br>**Consumer Debt Services, LLC**<br>**PO Box 714017**<br>**Columbus, OH 43271-4017** | | | | | | | 100.00 |
| ACCOUNT NO.<br>**Assetcare, Inc**<br>**PO Box 15380**<br>**Wilmington, DE 19850** | | | **Assignee or other notification for:**<br>**EMP Of Onon County, PLLC** | | | | |
| ACCOUNT NO.<br>**Consumer Debt Services**<br>**1606 E Turkeyfoot Lake Rd**<br>**Suite 2h**<br>**Akron, OH 44312** | | | **Assignee or other notification for:**<br>**EMP Of Onon County, PLLC** | | | | |
| ACCOUNT NO.<br>**Consumer Debt Services, LLC**<br>**PO Box 714017**<br>**Columbus, OH 43271** | | | **Assignee or other notification for:**<br>**EMP Of Onon County, PLLC** | | | | |

Sheet no. **13** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,421.22**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Hinds, Marie A. & Hinds, Dennis M.</u>                    Case No. _____
          Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**EMP Of Onon County, PLLC<br>Consumer Debt Services, LLC<br>PO Box 714017<br>Columbus, OH  43271-4017** | | H | | | | | **165.00** |
| ACCOUNT NO.<br>**West Asset Management<br>PO Box 105852<br>Atlanta, GA  30348** | | | Assignee or other notification for:<br>**EMP Of Onon County, PLLC** | | | | |
| ACCOUNT NO.<br>**Enhancrcvrco<br>8014 Bayberry Rd<br>Jacksonville, FL  32256** | | H | premier bankcard | | | | **401.00** |
| ACCOUNT NO.<br>**Erin Capital Management, LLC<br>90 William St, Ste 802<br>New York, NY  10038** | | | **judgment had 10/13/04<br>GM Card<br>Household Bank** | | | | **4,938.77** |
| ACCOUNT NO.<br>**Eltman, Eltman & Cooper PC<br>Attorneys At Law<br>140 Broadway 26th Fl<br>New York, NY  10005-1108** | | | Assignee or other notification for:<br>**Erin Capital Management, LLC** | | | | |
| ACCOUNT NO.<br>**Finish Line<br>Shoppingtown Mall<br>Syracuse, NY  13214** | | J | | | | | **160.00** |
| ACCOUNT NO.  **302**<br>**First National Collection Bureau, Inc<br>610 Waltham Way<br>Sparks, NV  89434** | | H | cross country bank | | | | **552.13** |

Sheet no. **14** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,216.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Hinds, Marie A. & Hinds, Dennis M.</u>          Case No. _____
                          Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1225** <br><br>**First Premier Bank** <br>**PO Box 5147** <br>**Sioux Falls, SD 57117** | | H | | | | | **406.00** |
| ACCOUNT NO. <br><br>**First Premier Bank** <br>**PO Box 5524** <br>**Sioux Falls, SD 57117** | | | **Assignee or other notification for:** <br>**First Premier Bank** | | | | |
| ACCOUNT NO. <br><br>**Pinnacle Financial Group** <br>**7825 Washington Ave S** <br>**Ste 310** <br>**Minneapolis, MN 55439** | | | **Assignee or other notification for:** <br>**First Premier Bank** | | | | |
| ACCOUNT NO. <br><br>**Wolpoff & Abramson, LLP** <br>**300 Canal View Blvd** <br>**3rd Flr** <br>**Rochester, NY 14623** | | | **Assignee or other notification for:** <br>**First Premier Bank** | | | | |
| ACCOUNT NO. <br><br>**GE Capital Cons Cardco** <br>**PO Box 9001557** <br>**Louisville, KY 40290** | | | | | | | **618.82** |
| ACCOUNT NO. <br><br>**Asset Acceptance LLC** <br>**PO Box 2036** <br>**Warren, MI 48090** | | | **Assignee or other notification for:** <br>**GE Capital Cons Cardco** | | | | |
| ACCOUNT NO. <br><br>**GEM/Pep Boys** <br>**PO Box 981438** <br>**El Paso, TX 79998** | | | **Assignee or other notification for:** <br>**GE Capital Cons Cardco** | | | | |

Sheet no. **15** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,024.82**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hinds, Marie A. & Hinds, Dennis M. _____    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Pep Boys-English/GEMB**<br>**PO Box 981439**<br>**El Paso, TX  79998** | | | **Assignee or other notification for:**<br>**GE Capital Cons Cardco** | | | | |
| ACCOUNT NO. **9848**<br>**GE Money Bank**<br>**PO Box 960061**<br>**Orlando, FL  32896** | | J | **joint with a William Crowe** | | | | **2,039.59** |
| ACCOUNT NO.<br>**Allied Interstate Inc**<br>**3000 Corporate ROA**<br>**Columbus, OH  43231** | | | **Assignee or other notification for:**<br>**GE Money Bank** | | | | |
| ACCOUNT NO. **662**<br>**Global Recovery Services India Pvt. Ltd.**<br>**Dept. 9500**<br>**Los Angeles, CA  90084** | | H | | | | | **423.83** |
| ACCOUNT NO.<br>**GPO**<br>**PO Box 29593**<br>**New York, NY  10087** | | H | **AOL** | | | | **33.90** |
| ACCOUNT NO.<br>**American Online**<br>**PO Box 30623**<br>**Tampa, FL  33630** | | | **Assignee or other notification for:**<br>**GPO** | | | | |
| ACCOUNT NO.<br>**Credit Collection Services**<br>**2 Wells Avenue**<br>**Newton Center, MA  02459** | | | **Assignee or other notification for:**<br>**GPO** | | | | |

Sheet no. **16** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | $ | **2,497.32** |
|---|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Hinds, Marie A. & Hinds, Dennis M.
_____     Case No. _____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**H&R Block<br>Dept 1784<br>PO Box 4115<br>Concord, CA  94524-4115** | | H | | | | | **197.00** |
| ACCOUNT NO.<br>**Handyman Club Of America<br>PO Box 3526<br>Hopkins, MN  55343** | | H | | | | | **24.00** |
| ACCOUNT NO.<br>**Health Services Medical Group<br>8278 Willett Parkway<br>Baldwinsville, NY  13027** | | H | | | | | **275.22** |
| ACCOUNT NO.<br>**Interist Assoc Of CNY<br>739 Irving Avenue<br>Suite 200<br>Syracuse, NY  13210** | | J | | | | | **2,403.00** |
| ACCOUNT NO.<br>**Internal Reveue Service<br>PO Box 7346<br>Philadelphia, PA  19101** | | | **personal income taxes owing from calendar year 2000** | | | | **2,428.20** |
| ACCOUNT NO.<br>**Internal Reveue Service<br>PO Box 7346<br>Philadelphia, PA  19101** | | J | **2006 personal income taxes owing** | | | | **2,613.39** |
| ACCOUNT NO. **5034**<br>**Internist Associates Of CNY<br>739 Irving Ave, Ste 200<br>Syracuse, NY  13210** | | | | | | | **1,657.97** |

Sheet no. **17** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **9,598.78**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.** _____    Case No. _____
                    Debtor(s)                                 (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Med Rev Recoveries, Inc** <br> **PO Box 280** <br> **Syracuse, NY 13209** | | | Assignee or other notification for: <br> **Internist Associates Of CNY** | | | | |
| ACCOUNT NO. <br> **Med-Rev Recoveries, Inc** <br> **100 Metropolitan Park Dr, #100** <br> **Liverpool, NY 13088** | | | Assignee or other notification for: <br> **Internist Associates Of CNY** | | | | |
| ACCOUNT NO. <br> **Island National Group, LLC** <br> **PO Box 18009** <br> **Hauppauge, NY 11788** | | H | direct tv | | | | **112.04** |
| ACCOUNT NO. **567** <br> **JC Penny** <br> **PO Box 981131** <br> **El Paso, TX 79998** | | | | | | | **210.00** |
| ACCOUNT NO. <br> **GEMB/JCP** <br> **PO Box 981402** <br> **El Paso, TX 79998** | | | Assignee or other notification for: <br> **JC Penny** | | | | |
| ACCOUNT NO. <br> **GEMB/JCP** <br> **PO Box 981131** <br> **El Paso, TX 79998** | | | Assignee or other notification for: <br> **JC Penny** | | | | |
| ACCOUNT NO. <br> **LVNV Funding, LLC** <br> **PO Box 981402** <br> **Greenville, SC 29603** | | | Assignee or other notification for: <br> **JC Penny** | | | | |

Sheet no. **18** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **322.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Hinds, Marie A. & Hinds, Dennis M.</u>                    Case No. _____
           Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical-lr">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Premier Recovery, Inc**<br>**7300 Turfway Rd, Ste 250**<br>**Florence, KY  41042** | | | **Assignee or other notification for:**<br>**JC Penny** | | | | |
| ACCOUNT NO.<br><br>**University Fidelity LP**<br>**PO Box 941911**<br>**Houston, TX  77094** | | | **Assignee or other notification for:**<br>**JC Penny** | | | | |
| ACCOUNT NO. **1870**<br><br>**Jefferson Capital Systems, LLC**<br>**16 McLeland Road**<br>**Saint Cloud, MN  56303** | | H | **Capital one** | | | | **unknown** |
| ACCOUNT NO.<br><br>**Kaufmann's**<br>**PO Box 94934**<br>**Cleveland, OH  44101** | | | | | | | **277.73** |
| ACCOUNT NO.<br><br>**FACS Group**<br>**111 Boulder Industrial Dr**<br>**Bridgeton, MO  63044** | | | **Assignee or other notification for:**<br>**Kaufmann's** | | | | |
| ACCOUNT NO.<br><br>**Kaufmann's**<br>**Fifth & Smithfield**<br>**Conyngham, PA  18219** | | | **Assignee or other notification for:**<br>**Kaufmann's** | | | | |
| ACCOUNT NO.<br><br>**Kaufmann's**<br>**PO Box 8218**<br>**Mason, OH  45040** | | | **Assignee or other notification for:**<br>**Kaufmann's** | | | | |

Sheet no. **19** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **277.73**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.** _____  Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**PO Box 105236**<br>**Atlanta, GA 30348** | | | Assignee or other notification for:<br>**Kaufmann's** | | | | |
| ACCOUNT NO.<br>**Kay Jewelers**<br>**Shoppingtown Mall**<br>**3649 Erie Blvd E**<br>**Syracuse, NY 13214-2738** | | | | | | | **53.26** |
| ACCOUNT NO.<br>**Kay Jewelers**<br>**PO Box 1799**<br>**Akron, OH 44309** | | | Assignee or other notification for:<br>**Kay Jewelers** | | | | |
| ACCOUNT NO. **6004**<br>**Kopp Collection Service**<br>**PO Box 2367**<br>**Syracuse, NY 13220** | | H | | | | | **352.76** |
| ACCOUNT NO.<br>**Laboratory Alliance Of CNY**<br>**4567 Crossroads Pk Dr**<br>**Liverpool, NY 13088** | | H | | | | | **34.60** |
| ACCOUNT NO.<br>**Laboratory Corp Of America**<br>**Client First Health**<br>**PO Box 1401**<br>**Abingdon, MD 21009** | | | | | | | **277.00** |
| ACCOUNT NO.<br>**AMCA**<br>**PO Box 1235**<br>**Elmsford, NY 10523** | | | Assignee or other notification for:<br>**Laboratory Corp Of America** | | | | |

Sheet no. **20** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **717.62**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.**                                    Case No. _____
                          Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Laboratory Corp Of America**<br>**Client First Health**<br>**PO Box 1401**<br>**Abingdon, MD  21009** | | H | | | | | **20.00** |
| ACCOUNT NO.<br>**American Medical Collection**<br>**2269 S Saw Mill River Rd**<br>**Bldg 3**<br>**Elmsford, NY  10523** | | | **Assignee or other notification for:**<br>**Laboratory Corp Of America** | | | | |
| ACCOUNT NO.<br>**Credit Collection Services**<br>**2 Wells Avenue**<br>**Newton Center, MA  02459** | | | **Assignee or other notification for:**<br>**Laboratory Corp Of America** | | | | |
| ACCOUNT NO.<br>**Laboratory Corp Of America Holdings**<br>**PO Box 2240**<br>**Burlington, NC  27216** | | | | | | | **15.00** |
| ACCOUNT NO.<br>**Credit Collection Services**<br>**2 Wells Avenue**<br>**Newton Center, MA  02459** | | | **Assignee or other notification for:**<br>**Laboratory Corp Of America Holdings** | | | | |
| ACCOUNT NO.<br>**LCA**<br>**PO Box 2240**<br>**Burlington, NC  27216** | | | **Dr. Howard M. Weinstein** | | | | **20.00** |
| ACCOUNT NO.<br>**LVNV Funding, LLC**<br>**PO Box 981402**<br>**Greenville, SC  29603** | | H | | | | | **884.00** |

Sheet no. **21** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **939.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hinds, Marie A. & Hinds, Dennis M.                                    Case No. _____
_____
            Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Margaret Madonian, DDS** <br> **600 Oswego St** <br> **Liverpool, NY 13088** | | H | | | | | **110.00** |
| ACCOUNT NO. <br> **MBA Of MD** <br> **Corporate Offices** <br> **PO Box 1401** <br> **Abingdon, MD 21009** | | | | | | | **767.27** |
| ACCOUNT NO. <br> **MBA Of MD Inc** <br> **Corporate Offices** <br> **PO Box 1401** <br> **Abingdon, MD 21009** | | | | | | | **68.50** |
| ACCOUNT NO. <br> **Med Rev Recoveries, Inc** <br> **PO Box 280** <br> **Syracuse, NY 13209** | | H | | | | | **1,657.97** |
| ACCOUNT NO. <br> **MEDCOR** <br> **PO Box 48049** <br> **Newark, NJ 07101** | | H | | | | | **31.61** |
| ACCOUNT NO. <br> **Microsoft** <br> **PO Box 847124** <br> **Dallas, TX 75284** | | H | | | | | **43.90** |
| ACCOUNT NO. **878** <br> **Midland Credit Management, Inc** <br> **Dept 8870** <br> **Los Angeles, CA 90084** | | H | Cross Country Bank | | | | **464.50** |

Sheet no. **22** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,143.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.**                                    Case No. _____
                    _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **National Grid** <br> **PO Box 11742** <br> **Newark, NJ  07101** | | H | | | | | **37.69** |
| ACCOUNT NO. <br> **Great Lakes Collection Bureau, Inc** <br> **45 Oak Street** <br> **Buffalo, NY  14203** | | | **Assignee or other notification for:** <br> **National Grid** | | | | |
| ACCOUNT NO. **1862** <br> **National Payment Center** <br> **US Dept Of Education** <br> **PO Box 4169** <br> **Greenville, TX  75403-4169** | | H | | | | | **4,142.50** |
| ACCOUNT NO. <br> **Diversified Collection Services, Inc** <br> **555 McCormick St** <br> **San Leandro, CA  94577** | | | **Assignee or other notification for:** <br> **National Payment Center** | | | | |
| ACCOUNT NO. <br> **NCO Financial Systems, Inc** <br> **PO Box 41420** <br> **Philadelphia, PA  19101** | | | **Assignee or other notification for:** <br> **National Payment Center** | | | | |
| ACCOUNT NO. <br> **Pioneer Credit Recovery, Inc** <br> **PO Box 228** <br> **Arcade, NY  14009** | | | **Assignee or other notification for:** <br> **National Payment Center** | | | | |
| ACCOUNT NO. **1121** <br> **NCO Financial Systems** <br> **507 Prudential Road** <br> **Horsham, PA  19044** | | H | | | | | **290.77** |

Sheet no. **23** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,470.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Hinds, Marie A. & Hinds, Dennis M.__ _____   Case No. _____
                  Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**NCO Financial Systems, Inc**<br>**PO Box 13692**<br>**Philadelphia, PA  19101** | | H | AOL Talk.com | | | | **365.53** |
| ACCOUNT NO.  **088**<br>**Nextel**<br>**PO Box 4192**<br>**Carol Stream, IL  60197** | | H | | | | | **1,243.42** |
| ACCOUNT NO.<br>**Afni, Inc**<br>**PO Box 3517**<br>**Bloomington, IL  61702** | | | Assignee or other notification for:<br>Nextel | | | | |
| ACCOUNT NO.<br>**AWA Collections**<br>**PO Box 6605**<br>**Orange, CA  92863** | | | Assignee or other notification for:<br>Nextel | | | | |
| ACCOUNT NO.<br>**Pinnacle Financial Group**<br>**7825 Washington Ave S**<br>**Ste 410**<br>**Minneapolis, MN  55439** | | | Assignee or other notification for:<br>Nextel | | | | |
| ACCOUNT NO.<br>**North Shore Agency, Inc**<br>**PO Box 8901**<br>**Westbury, NY  11590** | | H | | | | | **13.96** |
| ACCOUNT NO. **1225**<br>**Northland Group Inc**<br>**PO Box 390846**<br>**Minneapolis, MN  55439** | | H | Arrow Financial Services | | | | **556.00** |

Sheet no. __24__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal          
(Total of this page)  $ **2,178.91**

           Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.**                                        Case No. _____

_____ Debtor(s) _____                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **NYS Dept Of Taxation & Finance** <br> **Civil Enforcement-CO-ATC** <br> **W A Harriman Campus** <br> **Albany, NY 12227-0001** | | J | **2002 personal income taxes owing** | | | | 1,857.00 |
| ACCOUNT NO. <br> **NYS Dept Of Taxation & Finance** <br> **Civil Enforcement-CO-ATC** <br> **W A Harriman Campus** <br> **Albany, NY 12227-0001** | | H | **2001 personal income taxes owing.** <br> **Tax Warrant filed in Oswego County.** <br> **Debtor's own real property in Onondaga Co** | | | | 1,073.31 |
| ACCOUNT NO. <br> **Oswego County DSS** <br> **PO Box 1320** <br> **100 Spring St** <br> **Mexico, NY 13114-4490** | | J | | | | | 571.42 |
| ACCOUNT NO. <br> **Oswego County DSS** <br> **PO Box 1320** <br> **100 Spring St** <br> **Mexico, NY 13114** | X | J | **This may have been reduced to judgment in 2002** | | | | 1,986.49 |
| ACCOUNT NO. <br> **Patient Portal** <br> **8276 Willett Parkway** <br> **Baldwinsville, NY 13027** | | H | | | | | 45.50 |
| ACCOUNT NO. <br> **Peter & Assoc** <br> **716 James St** <br> **Syracuse, NY 13203** | | | **judgment had on 4/27/05** | | | | 304.79 |
| ACCOUNT NO. <br> **Pinnacle Financial Group** <br> **7825 Washington Ave S** <br> **Ste 410** <br> **Minneapolis, MN 55439** | | W | | | | | 917.00 |

Sheet no. __25__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **6,755.51**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.**                                    Case No. _____
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Progressive Insurance** <br> **C/O NCO Financial** <br> **PO Box 41466** <br> **Philadelphia, PA  19101** | | J | | | | | **578.00** |
| ACCOUNT NO. **6004** <br> **Prospect Hill Radiology Group** <br> **4567 Crossroads Pk Dr** <br> **Liverpool, NY  13088** | | H | | | | | **17.50** |
| ACCOUNT NO. <br> **Stellar Collection Services, Inc** <br> **PO Box 6960** <br> **Syracuse, NY  13217** | | | **Assignee or other notification for:** <br> **Prospect Hill Radiology Group** | | | | |
| ACCOUNT NO. <br> **Publishers Clearing House** <br> **PO Box 26305** <br> **Lehigh Valley, PA  18002** | | H | | | | | **16.15** |
| ACCOUNT NO. <br> **Publishers Clearing House** <br> **382 Channel Drive** <br> **Port Washington, NY  11050** | | H | | | | | **132.24** |
| ACCOUNT NO. <br> **Allied Interstate** <br> **PO Box 5040** <br> **New York, NY  10163** | | | **Assignee or other notification for:** <br> **Publishers Clearing House** | | | | |
| ACCOUNT NO. <br> **Eastern Collection Corporation** <br> **1626 Locust Avenue** <br> **Bohemia, NY  11716** | | | **Assignee or other notification for:** <br> **Publishers Clearing House** | | | | |

Sheet no. **26** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **743.89**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hinds, Marie A. & Hinds, Dennis M.                                     Case No. _____
_____                                          (If known)
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>GC Services Limited Partnership<br>PO Box 3026<br>Houston, TX 77253 | | | Assignee or other notification for:<br>Publishers Clearing House | | | | |
| ACCOUNT NO. <br><br>Pulaski Health Center<br>61 Delano Street<br>Pulaski, NY 13142 | | H | | | | | 70.20 |
| ACCOUNT NO. <br><br>A/R Resolutions<br>PO Box 425<br>Constantia, NY 13044 | | | Assignee or other notification for:<br>Pulaski Health Center | | | | |
| ACCOUNT NO. <br><br>Quest Diagnostics<br>PO Box 64477<br>Baltimore, MD 21264 | | W | | | | | 20.00 |
| ACCOUNT NO. <br><br>Allegheny Recovery Services<br>PO Box 487<br>Ambridge, PA 15003 | | | Assignee or other notification for:<br>Quest Diagnostics | | | | |
| ACCOUNT NO. <br><br>Quest Diagnostics<br>PO Box 64477<br>Baltimore, MD 21264 | | H | | | | | 870.00 |
| ACCOUNT NO. <br><br>RJM Acquisition LLC<br>PO Box 18006<br>Hauppauge, NY 11788 | | H | direct tv | | | | 112.04 |

Sheet no. __27__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,072.24

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.** _____   Case No. _____
_____ Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**RJM Acquisitions, LLC**<br>**575 Underhill Blvd, Ste 224**<br>**Syosset, NY  11791** | | | **Assignee or other notification for:**<br>**RJM Acquisition LLC** | | | | |
| ACCOUNT NO.<br>**Rubin & Rothman**<br>**1787 Veterans Highway**<br>**Islandia, NY  11749** | | J | **Judgment 12/14/99 for Chrysler Financial Company LLC Successor by Merger to Chrysler.** | | | | 3,075.87 |
| ACCOUNT NO.  **264**<br>**Sam's**<br>**PO Box 103036**<br>**Roswell, GA  30076** | | H | | | | | 280.26 |
| ACCOUNT NO.  **149**<br>**Sams**<br>**PO Box 105980**<br>**Dept 77**<br>**Atlanta, GA  30353** | | | | | | | 1,121.62 |
| ACCOUNT NO.<br>**Encore Receivable Management, Inc**<br>**PO Box 3330**<br>**Olathe, KS  66063** | | | **Assignee or other notification for:**<br>**Sams** | | | | |
| ACCOUNT NO.<br>**Portfolio Recovery Assoc**<br>**PO Box 12914**<br>**Norfolk, VA  23541** | | | **Assignee or other notification for:**<br>**Sams** | | | | |
| ACCOUNT NO.<br>**Portfolio Recvry & Affl**<br>**120 Corporate Blvd, Ste 1**<br>**Norfolk, VA  23502** | | | **Assignee or other notification for:**<br>**Sams** | | | | |

Sheet no. **28** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,477.75**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sam's<br>PO Box 103036<br>Roswell, GA  30076** | | | Assignee or other notification for:<br>**Sams** | | | | |
| ACCOUNT NO.  **516**<br>**Sears<br>PO Box 182199<br>Columbus, OH  43218** | | | **Judgment had 10/25/05 Syracuse City Court** | | | | **2,394.67** |
| ACCOUNT NO.<br>**LR Credit 9, LLC<br>315 Park Avenue South<br>New York, NY  10010** | | | Assignee or other notification for:<br>**Sears** | | | | |
| ACCOUNT NO.<br>**Mel S. Harris & Associates, LLC<br>Attorneys At Law<br>5 Hanover Sq 8th Fl<br>New York, NY  10004-2614** | | | Assignee or other notification for:<br>**Sears** | | | | |
| ACCOUNT NO.<br>**Mel S. Harris & Associates, LLC<br>116 John Street Suite 1510<br>New York, NY  10038** | | | Assignee or other notification for:<br>**Sears** | | | | |
| ACCOUNT NO.<br>**Sears<br>PO Box 818017<br>Cleveland, OH  44181** | | | Assignee or other notification for:<br>**Sears** | | | | |
| ACCOUNT NO.<br>**Sentry Recovery & Collections, Inc<br>3090 S Durango Dr, Ste 100<br>Las Vegas, NV  89117** | | H | **Nextel** | | | | **1,738.24** |

Sheet no. **29** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **4,132.91**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Hinds, Marie A. & Hinds, Dennis M.__                    Case No. _____
                Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Simon's Agency Inc**<br>**3713  Brewerton Rd, Ste 1**<br>**Syracuse, NY  13212** | X | J | **Blessed Sacrament Church**<br>**Judgment had 1/8/10** | | | | **2,491.36** |
| ACCOUNT NO.<br><br>**Newman & Lickstein**<br>**235 E Water Street**<br>**Syracuse, NY  13202** | | | **Assignee or other notification for:**<br>**Simon's Agency Inc** | | | | |
| ACCOUNT NO.<br><br>**Sprint**<br>**PO Box 105243**<br>**Atlanta, GA  30348** | | H | | | | | **401.40** |
| ACCOUNT NO.  **591**<br><br>**St. Joseph EKG Assoc**<br>**511 E Fayette St**<br>**Syracuse, NY  13220** | | | | | | | **80.00** |
| ACCOUNT NO.<br><br>**Kopp Collection Service**<br>**PO Box 2367**<br>**Syracuse, NY  13220** | | | **Assignee or other notification for:**<br>**St. Joseph EKG Assoc** | | | | |
| ACCOUNT NO.<br><br>**Stellar Collection Services, Inc**<br>**PO Box 3269**<br>**Syracuse, NY  13220** | | | **Assignee or other notification for:**<br>**St. Joseph EKG Assoc** | | | | |
| ACCOUNT NO.  **743**<br><br>**St. Joseph's Hospital**<br>**301 Prospect Avenue**<br>**Syracuse, NY  13203** | | | | | | | **1,321.06** |

Sheet no. __30__ of __34__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal
        (Total of this page) $ **4,293.82**

                Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Hinds, Marie A. & Hinds, Dennis M. _____ Case No. _____
                Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Kopp Collection Service** <br> **PO Box 2367** <br> **Syracuse, NY 13220** | | | Assignee or other notification for: <br> St. Joseph's Hospital | | | | |
| ACCOUNT NO. **328** <br> **St. Joseph's Hospital** <br> **301 Prospect Avenue** <br> **Syracuse, NY 13203** | | H | | | | | 88.00 |
| ACCOUNT NO. **298** <br> **St. Joseph's Hospital** <br> **301 Prospect Avenue** <br> **Syracuse, NY 13203** | | H | | | | | 65.79 |
| ACCOUNT NO. <br> **Kopp Collection Service** <br> **PO Box 2367** <br> **Syracuse, NY 13220** | | | Assignee or other notification for: <br> St. Joseph's Hospital | | | | |
| ACCOUNT NO. **6004** <br> **St. Joseph's Hospital** <br> **301 Prospect Avenue** <br> **Syracuse, NY 13203** | | H | | | | | 352.76 |
| ACCOUNT NO. <br> **Kopp Collection Service** <br> **PO Box 2367** <br> **Syracuse, NY 13220** | | | Assignee or other notification for: <br> St. Joseph's Hospital | | | | |
| ACCOUNT NO. <br> **Summit Physical Therapy, LLC** <br> **1054 James Street** <br> **Syracuse, NY 13203** | | | | | | | 10.00 |

Sheet no. __31__ of __34__ continuation sheets attached to                       Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims         (Total of this page) $    **516.55**

                                           Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.**                    Case No. _____
_____
        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Syracuse Eye Physicians** <br> **C/O Med Rev Recovery** <br> **1217 Milton Ave** <br> **Syracuse, NY  13204-1056** | | | | | | | **195.00** |
| ACCOUNT NO. <br> **Syracuse Eye Physicians** <br> **716 James St** <br> **Syracuse, NY  13203** | | | **Assignee or other notification for:** <br> **Syracuse Eye Physicians** | | | | |
| ACCOUNT NO. <br> **Syracuse Gastroenterological Assoc PC** <br> **739 Irving Avenue** <br> **Suite 400** <br> **Syracuse, NY  13210** | | J | | | | | **85.00** |
| ACCOUNT NO. <br> **Simons Agency, Inc** <br> **PO Box 5026** <br> **Syracuse, NY  13220** | | | **Assignee or other notification for:** <br> **Syracuse Gastroenterological Assoc PC** | | | | |
| ACCOUNT NO. **741** <br> **Systemax** <br> **MBNA America** <br> **PO Box 15102** <br> **Wilmington, DE  19886-5102** | | | | | | | **3,363.71** |
| ACCOUNT NO. <br> **MbnA America** <br> **PO Box 15027** <br> **Wilmington, DE  19850** | | | **Assignee or other notification for:** <br> **Systemax** | | | | |
| ACCOUNT NO. <br> **T-Mobile** <br> **PO Box 742596** <br> **Cincinnati, OH  45274** | | | | | | | **385.00** |

Sheet no. __**32**__ of __**34**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              $ **4,028.71**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)                     $

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Hinds, Marie A. & Hinds, Dennis M.</u>                                Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Amsher Collection Services, Inc**<br>**600 Beacon Pkwy W Ste 300**<br>**Birmingham, AL  35209** | | | Assignee or other notification for:<br>**T-Mobile** | | | | |
| ACCOUNT NO.<br>**The Post Standard**<br>**PO Box 9001048**<br>**Louisville, KY  40290** | | H | | | | | 12.25 |
| ACCOUNT NO.  **689**<br>**Time Warner Cable**<br>**PO Box 4222**<br>**Buffalo, NY  14240** | | H | | | | | 107.85 |
| ACCOUNT NO.<br>**Time Warner Cable - Roadrunner**<br>**PO Box 4791**<br>**Syracuse, NY  13221** | | | Assignee or other notification for:<br>**Time Warner Cable** | | | | |
| ACCOUNT NO. **2683**<br>**True Logic Financial Corp**<br>**7100 E Belleview Ave, Ste 308**<br>**Englewood, CO  80111** | | H | cross country bank | | | | 439.86 |
| ACCOUNT NO.  **657**<br>**United Online Collection Division**<br>**PO Box 5006-BD**<br>**Woodland Hills, CA  91365** | | H | Netzero | | | | 19.90 |
| ACCOUNT NO.<br>**Universal Fidelity LP**<br>**PO Box 941911**<br>**Houston, TX  77094** | | H | citizens bank | | | | 137.00 |

Sheet no. ___**33**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    716.86

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hinds, Marie A. & Hinds, Dennis M.** _____    Case No. _____
            Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**University Hospital**<br>**750 E Adams Street**<br>**Syracuse, NY  13210** | | J | | | | | **49.00** |
| ACCOUNT NO.<br>**Vanessa Hartman**<br>**135 Interstate Blvd, Ste 7**<br>**Greenville, SC  29615** | | H | BJ Wholesale Club | | | | **404.98** |
| ACCOUNT NO.  **808**<br>**Wal-Mart Store, Inc**<br>**PO Box 2844**<br>**Tuscaloosa, AL  35403** | | H | | | | | **320.75** |
| ACCOUNT NO.<br>**WalMart**<br>**6438 Basile Rowe**<br>**East Syracuse, NY  13057** | | J | | | | | **320.00** |
| ACCOUNT NO. **7094**<br>**Walmart/GEMB**<br>**PO Box 530928**<br>**Atlanta, GA  30353** | | | | | | | **518.32** |
| ACCOUNT NO.<br>**MCCBG**<br>**PO Box 103042**<br>**Roswell, GA  30076** | | | **Assignee or other notification for:**<br>**Walmart/GEMB** | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**34**__ of __**34**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **1,613.05**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $    **110,509.67**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE <u>Hinds, Marie A. & Hinds, Dennis M.</u>                    Case No. _____
                     Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

IN RE <u>Hinds, Marie A. & Hinds, Dennis M.</u>                    Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Becky Hinds**<br>**315 Lewis Rd**<br>**Constantia, NY  13044** | **Oswego County DSS**<br>**PO Box 1320**<br>**100 Spring St**<br>**Mexico, NY  13114** |
| **Dennis M. Hinds**<br>**311 Howard Street**<br>**Syracuse, NY  13203** | **Simon's Agency Inc**<br>**3713  Brewerton Rd, Ste 1**<br>**Syracuse, NY  13212** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **Hinds, Marie A. & Hinds, Dennis M.**                    Case No. _____
                    Debtor(s)                                                                (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S): | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Crouse Hospital 736 Irving Avenue** | **NTTS** |
| How long employed | **4 years** | **6 years** |
| Address of Employer | **Syracuse, NY  13210** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 1,669.74 | $ 3,247.89 |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 1,669.74 | $ 3,247.89 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 247.14 | $ 515.65 |
| b. Insurance | $ 193.70 | $ |
| c. Union dues | $ 33.95 | $ |
| d. Other (specify)   **See Schedule Attached** | $ 75.69 | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 550.48 | $ 515.65 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 1,119.26 | $ 2,732.24 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance | | |
| (Specify) _____ | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income | | |
| (Specify) _____ | $ | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 1,119.26 | $ 2,732.24 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)                    $ 3,851.50

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
Debtor does not reasonably anticipate any increase or decrese to occur within the year following the filing of this document.  Debtor resides in her home with her husband and two brothers.  The brothers contribute to the household by paying for the cable, water, house insurance and property taxes.  Debtor and her husband pay the remaining household bills, including groceries for all persons residing in the home.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Hinds, Marie A. & Hinds, Dennis M.</u>                                    Case No. _____
<center>Debtor(s)</center>

<center>

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

</center>

|  | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: |  |  |
| **Pharm** | **17.75** |  |
| **Parking** | **20.00** |  |
| **United Way** | **3.97** |  |
| **Retirement** | **2.71** |  |
| **403b** | **29.79** |  |
| **Parm** | **1.47** |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

**IN RE** Hinds, Marie A. & Hinds, Dennis M.        Case No. _____
<div align="center">Debtor(s)                                     (If known)</div>

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | |
|     a. Are real estate taxes included?    Yes ____ No ✓ | | |
|     b. Is property insurance included?    Yes ____ No ✓ | | |
| 2. Utilities: | | |
|     a. Electricity and heating fuel | $ | 225.00 |
|     b. Water and sewer | $ | |
|     c. Telephone | $ | 203.00 |
|     d. Other _____ | $ | |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | 400.00 |
| 4. Food | $ | 752.00 |
| 5. Clothing | $ | 162.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 300.00 |
| 8. Transportation (not including car payments) | $ | 325.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 225.00 |
| 10. Charitable contributions | $ | 10.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | |
|     b. Life | $ | 47.66 |
|     c. Health | $ | |
|     d. Auto | $ | 162.00 |
|     e. Other _____ | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify) _____ | $ | |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 336.08 |
|     b. Other _____ | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other   **See Schedule Attached** | $ | 656.00 |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.     $ **3,828.74**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**Debtor does not reasonably anticipate any increase or decrese to occur within the year following the filing of this document. Debtor resides in her home with her husband and two brothers.  The brothers contribute to the household by paying for the cable, water, house insurance and property taxes.  Debtor and her husband pay the remaining household bills, including groceries for all persons residing in the home.**

## 20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $ | 3,851.50 |
|     b. Average monthly expenses from Line 18 above | $ | 3,828.74 |
|     c. Monthly net income (a. minus b.) | $ | 22.76 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Hinds, Marie A. & Hinds, Dennis M.                                          Case No. _____
                                    Debtor(s)

### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
#### Continuation Sheet - Page 1 of 1

Other Expenses (DEBTOR)

| | |
|---|---:|
| **Personal Care Products & Services** | **55.00** |
| **Household Cleaning Supplies** | **66.00** |
| **Misc** | **165.00** |
| **Income Taxes Owing** | **200.00** |
| **Rent A Center** | **170.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**

**Northern District of New York**

IN RE:                                                                                          Case No. _____

**Hinds, Marie A. & Hinds, Dennis M.** _____    Chapter **7** _____
                                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $      25,128.33 | | |
| B - Personal Property | Yes | 3 | $        8,122.01 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $        9,983.46 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $        2,251.96 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 35 | | $    110,509.67 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $        3,851.50 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $        3,828.74 |
| TOTAL | | 50 | $      33,250.34 | $    122,745.09 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of New York**

IN RE:                                                          Case No. _____

Hinds, Marie A. & Hinds, Dennis M.                             Chapter **7** _____
_____
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 2,251.96 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 4,142.50 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **6,394.46** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 3,851.50 |
| Average Expenses (from Schedule J, Line 18) | $ | 3,828.74 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 4,456.53 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 3,034.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 2,251.96 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 110,509.67 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 113,543.67 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration)  (12/07)

**IN RE** <u>Hinds, Marie A. & Hinds, Dennis M.</u>                    Case No. _____
<div align="center">Debtor(s)                                                    (If known)</div>

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**52** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August  8, 2011** _____   Signature: **/s/ Marie A. Hinds** _____
<div align="right">Debtor</div>
                                              **Marie A. Hinds**

Date: **August  8, 2011** _____   Signature: **/s/ Dennis M. Hinds** _____
<div align="right">(Joint Debtor, if any)</div>
                                              **Dennis M. Hinds**
<div align="right">[If joint case, both spouses must sign.]</div>

---

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

                                          _____
<div align="right">(Print or type name of individual signing on behalf of debtor)</div>

<div align="center">*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*</div>

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

**United States Bankruptcy Court**
**Northern District of New York**

IN RE:                                                                 Case No. _____

**Hinds, Marie A. & Hinds, Dennis M.**                                  Chapter **7** _____
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT     SOURCE
**11,671.00   2011 wages wife thru 7/16/11**
**53,601.00   2010 wages**
**17,645.00   2011 wages H thru 7/8/11**

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bryant Law Office**<br>**239 E Water Street**<br>**Syracuse, NY  13202-1121** | **8/8/11** | **501.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **August  8, 2011**          Signature  ***/s/ Marie A. Hinds***
                                    of Debtor                                    **Marie A. Hinds**

Date: **August  8, 2011**          Signature  ***/s/ Dennis M. Hinds***
                                    of Joint Debtor                             **Dennis M. Hinds**
                                    (if any)

                    **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**

**Northern District of New York**

IN RE:                                                                          Case No. _____

**Hinds, Marie A. & Hinds, Dennis M.** _____  Chapter **7** _____

                          Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Blessed Sacrament Church** | **Describe Property Securing Debt:**<br>**311 Howard Street, Syracuse, New York.  Home is titled to de** |

Property will be *(check one)*:
- ☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Credit Acceptance** | **Describe Property Securing Debt:**<br>**2000 Ford Van Econo Line 150** |

Property will be *(check one)*:
- ☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt  ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

___**1** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**August  8, 2011**_____        ___*/s/ Marie A. Hinds*_____
                                              Signature of Debtor

                                              ___*/s/ Dennis M. Hinds*_____
                                              Signature of Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**NYS Deptartment Of Taxation & Finance** | **Describe Property Securing Debt:**<br>**311 Howard Street, Syracuse, New York.  Home is titled to de** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet ___1___ of ___1___

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**Northern District of New York**

IN RE:                                                                                   Case No. _____

**Hinds, Marie A. & Hinds, Dennis M.** _____   Chapter **7** _____
<center>Debtor(s)</center>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**501.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**501.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Adversarial proceedings, amendments, appeals, arbitration/mediation, applications, automotic stay proceedings (including but not limited to extensions, violations, terminations, restorations, etc.), audits, examinations, disbursements/costs, dischargeability issues and proceedings, filing fees, hearings/trials, lien avoidance proceedings, modificaions, objections, proof of claims, proof of claims related proceedings, proceedings in another court to remove judgments, reaffirmations negotiations/proceedings, redemption negotiations/proceedings, re-open, enforcment of any award by the Court to debtor or attorney for damages, attorney's fees etc.  As further set forth in retainer agreement.**

<div style="border:1px solid black; padding:10px;">

<center>CERTIFICATION</center>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**August  8, 2011**_____     **/s/ Michael M. Bryant**_____
<center>Date</center>                                    **Michael M. Bryant**
                                                        **Bryant Law Office**
                                                        **239 E Water Street**
                                                        **Syracuse, NY  13202-1121**
                                                        **(315) 422-4727  Fax: (315) 422-4707**
                                                        **attymmb@twcny.rr.com**

</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22A (Official Form 22A) (Chapter 7) (12/10)**

| | |
|---|---|
| In re: **Hinds, Marie A. & Hinds, Dennis M.** <br> <span style="font-size:smaller">Debtor(s)</span> <br><br> Case Number: _____ <br> <span style="font-size:smaller">(If known)</span> | According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): <br><br> ☐ **The presumption arises** <br> ☑ **The presumption does not arise** <br> ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| **1A** | **Disabled Veterans.** If you are a disabled veteran described in the Veteran's Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| **1B** | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| **1C** | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.** <br><br> ☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard <br><br>       a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and <br>            ☐ I remain on active duty /or/ <br>             ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; <br><br>          OR <br><br>       b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/ <br>            ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (12/10)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☑ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $   1,712.52 | $   2,744.01 |

| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|
| | a. Gross receipts $ | | |
| | b. Ordinary and necessary business expenses $ | | |
| | c. Business income   Subtract Line b from Line a | $ | $ |

| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) in Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|
| | a. Gross receipts $ | | |
| | b. Ordinary and necessary operating expenses $ | | |
| | c. Rent and other real property income   Subtract Line b from Line a | $ | $ |

| 6 | **Interest, dividends, and royalties.** | $ | $ |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ _____   Spouse $ _____ | $ | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. _____ $ _____<br>b. _____ $ _____<br>Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ 1,712.52 | $ 2,744.01 |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | $ 4,456.53 |

### Part III. APPLICATION OF § 707(B)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ 53,478.36 |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: **New York**  b. Enter debtor's household size: **2** | $ 57,777.00 |
| 15 | **Application of Section707(b)(7).** Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

### Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br>a. _____ $ _____<br>b. _____ $ _____<br>c. _____ $ _____<br>Total and enter on Line 17. | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

**B22A (Official Form 22A) (Chapter 7) (12/10)**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| **Persons under 65 years of age** | | **Persons 65 years of age or older** | |
|---|---|---|---|
| a1. | Allowance per person | a2. | Allowance per person | |
| b1. | Number of persons | b2. | Number of persons | |
| c1. | Subtotal | c2. | Subtotal | |

$

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

| | | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court)(the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

$

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☐ 0   ☐ 1   ☐ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | |
|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) <br><br> ☐ 1   ☐ 2 or more. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a | $ |

| | |
|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs, Second Car | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a | $ |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare — such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |

**B22A (Official Form 22A) (Chapter 7) (12/10)**

| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service — such as pagers, call waiting, caller id, special long distance, or internet service — to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
|---|---|---|
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| | **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** | |
|---|---|---|

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|---|---|---|

| | a. | Health Insurance | $ |
| | b. | Disability Insurance | $ |
| | c. | Health Savings Account | $ |

| 34 | Total and enter on Line 34 | $ |
|---|---|---|
| | **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$ _____ | |

| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
|---|---|---|
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Subpart C: Deductions for Debt Payment**

42 **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42.

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | Total: Add lines a, b and c. | | |

$

43 **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page.

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | Total: Add lines a, b and c. | |

$

44 **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** $

45 **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense.

| | | |
|---|---|---|
| a. | Projected average monthly chapter 13 plan payment. | $ |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

$

46 **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. $

**Subpart D: Total Deductions from Income**

47 **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22A (Official Form 22A) (Chapter 7) (12/10)**

| | **Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION** | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. ☐ **The amount on Line 51 is less than $7,025\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. ☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. ☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 though 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of this statement, and complete the verification in Part VIII. ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

| | **Part VII. ADDITIONAL EXPENSE CLAIMS** | |
|---|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

| | **Part VIII. VERIFICATION** | |
|---|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* Date: **August 8, 2011**      Signature: */s/ Marie A. Hinds* (Debtor) Date: **August 8, 2011**      Signature: */s/ Dennis M. Hinds* (Joint Debtor, if any) | |

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of New York**

**IN RE:**                                                            Case No. _____

**Hinds, Marie A. & Hinds, Dennis M.** _____    Chapter **7** _____
<span style="padding-left:5em">Debtor(s)</span>

## VERIFICATION OF CREDITOR MATRIX

I, (we), **Michael M. Bryant** _____, the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Date: **August  8, 2011** _____    Signature: **_/s/ Marie A. Hinds_** _____
<span style="padding-left:5em">**Marie A. Hinds**</span><span style="float:right">Debtor</span>

Date: **August  8, 2011** _____    Signature: **_/s/ Dennis M. Hinds_** _____
<span style="padding-left:5em">**Dennis M. Hinds**</span><span style="float:right">Joint Debtor, if any</span>

Date: **August  8, 2011** _____    Signature: **_/s/ Michael M. Bryant_** _____
<span style="padding-left:5em">**Michael M. Bryant**</span><span style="float:right">Attorney (if applicable)</span>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

A/R Resolutions
PO Box 425
Constantia, NY  13044


A/R Resolutions
5500 Bartel Road
Brewerton, NY  13029


AFNI
PO Box 3097
Bloomington, IL  61702


AFNI, Inc
404 Brock Dr
PO Box 3517
Bloomington, IL  61702-3517


Afni, Inc
PO Box 3517
Bloomington, IL  61702


Allegheny Recovery Services
PO Box 487
Ambridge, PA  15003


Allied Interstate
PO Box 5040
New York, NY  10163


Allied Interstate Inc
3000 Corporate ROA
Columbus, OH  43231


Allied Interstate, LLC
PO Box 361774
Columbus, OH  43236

AMCA
PO Box 1235
Elmsford, NY  10523


American Medical Collection
2269 S Saw Mill River Rd
Bldg 3
Elmsford, NY  10523


American Online
PO Box 30623
Tampa, FL  33630


Amsher Collection Services, Inc
600 Beacon Pkwy W Ste 300
Birmingham, AL  35209


Arrow Financial
8589 Aero Drive, Ste 600
San Diego, CA  92123


Aspen Dental
PO Box 3189
Syracuse, NY  13220


Asset Acceptance LLC
PO Box 2036
Warren, MI  48090


Assetcare, Inc
PO Box 15380
Wilmington, DE  19850


Associated Credit Services, Inc
PO Box 9100
Hopkinton, MA  01748

Auto Insurance Agency
1301 Burnet Avenue
Syracuse, NY  13206


Automotive Finance
PO Box 31167
Tampa, FL  33631


AWA Collections
PO Box 6605
Orange, CA  92863


Becky Hinds
315 Lewis Rd
Constantia, NY  13044


Bell Atlantic
PO Box 1100
Albany, NY  12250


Better Homes And Gardens
Billing Center
1716 Locust St
Des Moines, IA  50309-3038


Bishop Ludden Junior High School
PO Box 511
Syracuse, NY  13201


Blessed Sacrament Church
3127 James Street
Syracuse, NY  13206


Blockbuster
1802 Teal Ave
Syracuse, NY  13206

```
BOA MBNA
PO Box 17054
Wilmington, DE  19884


Bronson & Migliaccio, LLP
415 Lawrence Bell Drive
Buffalo, NY  14221


Bryant
Conseco Finance
Dept 0008
Palatine, IL  60055-0001


Capital Management Services, LP
726 Exchange St, Ste 700
Buffalo, NY  14210


Capital One
PO Box 85147
Richmond, VA  23276


Capital One
PO Box 85520
Richmond, VA  23285


Capital One Bank
PO Box 85147
Richmond, VA  23276


Capital One Bk
PO Box 85015
Richmond, VA  23285


Capital One Bk
PO Box 85520
Richmond, VA  23285
```

Capital One Services
PO Box 85147
Richmond, VA  23276


Capital One Services
PO Box 85015
Richmond, VA  23285


Capital One Services
PO Box 30281
Salt Lake City, UT  84130


Cardiology, PC
739 Irving Ave, Ste 500
Syracuse, NY  13210


Cavalry Portfolio Services
4050 E Cotton Center Blv
Phoenix, AZ  85040


Cavalry Portfolio Services, LLC
PO Box 1017
Hawthorne, NY  10532


Cavalry Portfolio Svcs
7 Skyline Dr, 3rd Fl
Hawthorne, NY  10532


Cavalry SPV II, LLC, As Assignee Of
Conseco Finance Corp
7 Skyline Dr 3rd Fl
Hawthorne, NY  10532-2156


CBCS 70
PO Box 164060
Columbus, OH  43216

Centrex Clinical Laboratories
28 Campion Rd
New Hartford, NY  13413


Certegy Payment Recovery
11601 Roolsevelt Blvd
Saint Petersburg, FL  33716


Certegy Payment Recovery Services
550 Greensboro Ave
Ste 301
Tuscaloosa, AL  35401


Chase
900 Stewart Avenue
Garden City, NY  11530


Chase Auto Finance Corp
14800 Frye Rd
Fort Worth, TX  76155


Chase NA
100 Duffy Ave
Hicksville, NY  11801


Chase NA
800 Brooksedge Blvd
Westerville, OH  43081


Chase/Special Installment
200 Marcus Ave, 2nd Flr
New Hyde Park, NY  11040

Citizens Bank
DDA Recovery RJE245
PO Box 42023
Providence, RI  02940-2023


CNY Diagnostic
310 S Crouse Ave
Syracuse, NY  13210


CNY Diagnostic Imaging Associates, LLC
1000 E Genesee St, Ste 100
Syracuse, NY  13210


Cohen & Slamowitz, LLP
PO Box 9001
Woodbury, NY  11797


Compassionate Family Medicine
001 W Fayette St, Ste 400
Syracuse, NY  13204


Conseco Finance
PO Box 6150
Rapid City, SD  57709


Conseco Financial
PO Box 981206
El Paso, TX  79998


Consecofin
345 St Peter/900 Land Mk
Saint Paul, MN  55102

Consumer Debt Services
1606 E Turkeyfoot Lake Rd
Suite 2h
Akron, OH  44312


Consumer Debt Services, LLC
PO Box 714017
Columbus, OH  43271


Credit Acceptance
PO Box 5070
Southfield, MI  48086


Credit Collection Services
2 Wells Ave
Newton Center, MA  02459


Credit Collection Services
2 Wells Avenue
Newton Center, MA  02459


Credit One Bank
PO Box 98873
Las Vegas, NV  89193


Credit Protection Association
13355 Noel Rd
Dallas, TX  75240


Creditors Financial Group, LLC
PO Box 440290
Aurora, CO  80044


Cricket
PO Box 660017
Dallas, TX  75266

Cricket
PO Box 660021
Dallas, TX  75266


Crouse Hospital
736 Irving Avenue
Syracuse, NY  13210


Crouse Radiology Assoc
PO Box 2004
East Syracuse, NY  13057


Crystal Rock/Vermont Pure
1050 Buckingham St
Watertown, CT  06795


Cytology Outreach, PLLC
D/B/A Clearpath Diagnostics
PO Box 37313
Syracuse, NY  13235-7313


D&B RMS
PO Box 12850
5431 E Williams Blvd Ste 200
Tucson, AZ  85711-7455


Dennis M. Hinds
311 Howard Street
Syracuse, NY  13203


Discover
PO Box 15251
Wilmington, DE  19886

Discover Bank
3311 Mill Meadow Drive
Hilliard, OH  43026


Discover Card
12 Reads Way
New Castle, DE  19720


Discover Fincl Svc LLC
PO Box 15316
Wilmington, DE  19850


Diversified Collection Services, Inc
555 McCormick St
San Leandro, CA  94577


Diversified Consultants, Inc
PO Box 551268
Jacksonville, FL  32255


Dr. Joseph Bonacci
PO Box 11170
801 N Salina St
Syracuse, NY  13208-2512


Dun & Bradstreet
PO Box 280419
East Hartford, CT  06128


Eastern Collection Corporation
1626 Locust Avenue
Bohemia, NY  11716


Elite Recovery Services, Inc
PO Box 3474
Buffalo, NY  14240

Eltman, Eltman & Cooper PC
Attorneys At Law
140 Broadway 26th Fl
New York, NY  10005-1108


EMP Of Onon County, PLLC
Consumer Debt Services, LLC
PO Box 714017
Columbus, OH  43271-4017


Encore Receivable Management, Inc
PO Box 3330
Olathe, KS  66063


Enhancrcvrco
8014 Bayberry Rd
Jacksonville, FL  32256


Erin Capital Management, LLC
90 William St, Ste 802
New York, NY  10038


ERS
PO Box 3474
Buffalo, NY  14240


FACS Group
111 Boulder Industrial Dr
Bridgeton, MO  63044


Finish Line
Shoppingtown Mall
Syracuse, NY  13214

First National Collection Bureau, Inc
610 Waltham Way
Sparks, NV  89434


First Premier Bank
PO Box 5147
Sioux Falls, SD  57117


First Premier Bank
PO Box 5524
Sioux Falls, SD  57117


FMS Investments Corp
PO Box 68245
Schaumburg, IL  60168


GC Services Limited Partnership
PO Box 3026
Houston, TX  77253


GE Capital Cons Cardco
PO Box 9001557
Louisville, KY  40290


GE Money Bank
PO Box 960061
Orlando, FL  32896


GEM/Pep Boys
PO Box 981438
El Paso, TX  79998


GEMB/JCP
PO Box 981402
El Paso, TX  79998

GEMB/JCP
PO Box 981131
El Paso, TX  79998


Global Recovery Services India Pvt. Ltd.
Dept. 9500
Los Angeles, CA  90084


GPO
PO Box 29593
New York, NY  10087


Great Lakes Collection Bureau, Inc
45 Oak Street
Buffalo, NY  14203


H&R Block
Dept 1784
PO Box 4115
Concord, CA  94524-4115


Handyman Club Of America
PO Box 3526
Hopkins, MN  55343


Health Services Medical Group
8278 Willett Parkway
Baldwinsville, NY  13027


Interist Assoc Of CNY
739 Irving Avenue
Suite 200
Syracuse, NY  13210

Internal Reveue Service
PO Box 7346
Philadelphia, PA  19101


Internist Associates Of CNY
739 Irving Ave, Ste 200
Syracuse, NY  13210


Island National Group, LLC
PO Box 18009
Hauppauge, NY  11788


JC Penny
PO Box 981131
El Paso, TX  79998


Jefferson Capital Systems, LLC
16 McLeland Road
Saint Cloud, MN  56303


Kaufmann's
PO Box 94934
Cleveland, OH  44101


Kaufmann's
Fifth & Smithfield
Conyngham, PA  18219


Kaufmann's
PO Box 8218
Mason, OH  45040


Kay Jewelers
Shoppingtown Mall
3649 Erie Blvd E
Syracuse, NY  13214-2738

Kay Jewelers
PO Box 1799
Akron, OH   44309


Kopp Collection Service
PO Box 2367
Syracuse, NY   13220


Laboratory Alliance Of CNY
4567 Crossroads Pk Dr
Liverpool, NY   13088


Laboratory Corp Of America
Client First Health
PO Box 1401
Abingdon, MD   21009


Laboratory Corp Of America Holdings
PO Box 2240
Burlington, NC   27216


LCA
PO Box 2240
Burlington, NC   27216


Liberty Point Corp
8440 S Hardy Drive
Suite 102
Tempe, AZ   85284


LR Credit 9, LLC
315 Park Avenue South
New York, NY   10010

LVNV Funding, LLC
PO Box 981402
Greenville, SC  29603


Margaret Madonian, DDS
600 Oswego St
Liverpool, NY  13088


MBA Of MD
Corporate Offices
PO Box 1401
Abingdon, MD  21009


MBA Of MD Inc
Corporate Offices
PO Box 1401
Abingdon, MD  21009


MbnA America
PO Box 15027
Wilmington, DE  19850


MCCBG
PO Box 103042
Roswell, GA  30076


Med Rev Recoveries, Inc
PO Box 280
Syracuse, NY  13209


Med-Rev Recoveries, Inc
100 Metropolitan Park Dr, #100
Liverpool, NY  13088

MEDCOR
PO Box 48049
Newark, NJ   07101


Mel S. Harris & Associates, LLC
Attorneys At Law
5 Hanover Sq 8th Fl
New York, NY   10004-2614


Mel S. Harris & Associates, LLC
116 John Street Suite 1510
New York, NY   10038


Merit Recovery Systems, Inc
PO Box 484
Fayetteville, NY   13066


Microsoft
PO Box 847124
Dallas, TX   75284


Microsoft
C/O D&B RMS
PO Box 12850
Tucson, AZ   85732-2850


Midland Credit Management, Inc
Dept 8870
Los Angeles, CA   90084


MRS Associates
1930 Olney Avenue
Cherry Hill, NJ   08003

National Grid
PO Box 11742
Newark, NJ   07101


National Payment Center
US Dept Of Education
PO Box 4169
Greenville, TX   75403-4169


NCO Financial Systems
507 Prudential Road
Horsham, PA   19044


NCO Financial Systems
PO Box 105236
Atlanta, GA   30348


NCO Financial Systems, Inc
PO Box 13692
Philadelphia, PA   19101


NCO Financial Systems, Inc
PO Box 41420
Philadelphia, PA   19101


Nelson, Watson & Assoc, LLC
PO Box 1299
Haverhill, MA   01831


Newman & Lickstein
235 E Water Street
Syracuse, NY   13202


Nextel
PO Box 4192
Carol Stream, IL   60197

North Shore Agency, Inc
PO Box 8901
Westbury, NY  11590


Northland Group Inc
PO Box 390846
Minneapolis, MN  55439


NYS Assessment Receivables
PO Box 4127
Binghamton, NY  13902


NYS Dept Of Taxation & Finance
Civil Enforcement-CO-ATC
W A Harriman Campus
Albany, NY  12227-0001


NYS Deptartment Of Taxation & Finance
Tax Compliance Division
PO Box 5149
Albany, NY  12205-0149


Oswego County  DSS
PO Box 1320
100 Spring St
Mexico, NY  13114-4490


Oswego County DSS
PO Box 1320
100 Spring St
Mexico, NY  13114


Patient Portal
8276 Willett Parkway
Baldwinsville, NY  13027

Pep Boys-English/GEMB
PO Box 981439
El Paso, TX  79998


Peter & Assoc
716 James St
Syracuse, NY  13203


Pinnacle Financial Group
7825 Washington Ave S
Ste 410
Minneapolis, MN  55439


Pinnacle Financial Group
7825 Washington Ave S
Ste 310
Minneapolis, MN  55439


Pioneer Credit Recovery, Inc
PO Box 228
Arcade, NY  14009


Portfolio Recovery Assoc
PO Box 12914
Norfolk, VA  23541


Portfolio Recvry & Affl
120 Corporate Blvd, Ste 1
Norfolk, VA  23502


Premier Recovery, Inc
7300 Turfway Rd, Ste 250
Florence, KY  41042

Progressive Insurance
C/O NCO Financial
PO Box 41466
Philadelphia, PA  19101


Prospect Hill Radiology Group
4567 Crossroads Pk Dr
Liverpool, NY  13088


Publishers Clearing House
PO Box 26305
Lehigh Valley, PA  18002


Publishers Clearing House
382 Channel Drive
Port Washington, NY  11050


Pulaski Health Center
61 Delano Street
Pulaski, NY  13142


Quest Diagnostics
PO Box 64477
Baltimore, MD  21264


RJM Acquisition LLC
PO Box 18006
Hauppauge, NY  11788


RJM Acquisitions, LLC
575 Underhill Blvd, Ste 224
Syosset, NY  11791


Romeo And Romeo, PC
240 Commerce Blvd
Liverpool, NY  13088

Rubin & Rothman
1787 Veterans Highway
Islandia, NY  11749


Sam's
PO Box 103036
Roswell, GA  30076


Sams
PO Box 105980
Dept 77
Atlanta, GA  30353


Sears
PO Box 182199
Columbus, OH  43218


Sears
PO Box 818017
Cleveland, OH  44181


Sentry Recovery & Collections, Inc
3090 S Durango Dr, Ste 100
Las Vegas, NV  89117


Simon's Agency Inc
3713  Brewerton Rd, Ste 1
Syracuse, NY  13212


Simons Agency, Inc
PO Box 5026
Syracuse, NY  13220


Sprint
PO Box 105243
Atlanta, GA  30348

St. Joseph EKG Assoc
511 E Fayette St
Syracuse, NY  13220


St. Joseph's Hospital
301 Prospect Avenue
Syracuse, NY  13203


Stellar Collection Services, Inc
PO Box 3269
Syracuse, NY  13220


Stellar Collection Services, Inc
PO Box 6960
Syracuse, NY  13217


Summit Physical Therapy, LLC
1054 James Street
Syracuse, NY  13203


Syracuse Eye Physicians
C/O Med Rev Recovery
1217 Milton Ave
Syracuse, NY  13204-1056


Syracuse Eye Physicians
716 James St
Syracuse, NY  13203


Syracuse Gastroenterological Assoc PC
739 Irving Avenue
Suite 400
Syracuse, NY  13210

```
Systemax
MBNA America
PO Box 15102
Wilmington, DE  19886-5102


T-Mobile
PO Box 742596
Cincinnati, OH  45274


Tabula Rasa International, Ltd
501 John James Audubon Parkway
Suite 303
Buffalo, NY  14228


The Post Standard
PO Box 9001048
Louisville, KY  40290


Time Warner Cable
PO Box 4222
Buffalo, NY  14240


Time Warner Cable - Roadrunner
PO Box 4791
Syracuse, NY  13221


True Logic Financial Corp
7100 E Belleview Ave, Ste 308
Englewood, CO  80111


United Online Collection Division
PO Box 5006-BD
Woodland Hills, CA  91365
```

Universal Fidelity LP
PO Box 941911
Houston, TX  77094


University Fidelity LP
PO Box 941911
Houston, TX  77094


University Hospital
750 E Adams Street
Syracuse, NY  13210


Upton, Cohen & Slamowitz
485 Underhill Blvd
Syosset, NY  11791


Vanessa Hartman
135 Interstate Blvd, Ste 7
Greenville, SC  29615


Wal-Mart Store, Inc
PO Box 2844
Tuscaloosa, AL  35403


WalMart
6438 Basile Rowe
East Syracuse, NY  13057


Walmart/GEMB
PO Box 530928
Atlanta, GA  30353


West Asset Management
PO Box 105852
Atlanta, GA  30348

```
Wolpoff & Abramson, LLP
300 Canal View Blvd
3rd Flr
Rochester, NY  14623
```

B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (12/09)                                                                                                           Page 2

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

      Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

      **Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

      Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

      Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

      After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

      **Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

      Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

      **Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

      Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

      A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
## Northern District of New York

IN RE:                                                                    Case No. _____

**Hinds, Marie A. & Hinds, Dennis M.** _____      Chapter **7** _____
                                    Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____         Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer         petition preparer is not an individual, state
Address:                                                              the Social Security number of the officer,
_____         principal, responsible person, or partner of
                                                                     the bankruptcy petition preparer.)
_____         (Required by 11 U.S.C. § 110.)
**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Hinds, Marie A. & Hinds, Dennis M.** _____         **X** */s/ Marie A. Hinds* _____    **8/08/2011**
Printed Name(s) of Debtor(s)                                      Signature of Debtor                      Date

Case No. (if known) _____         **X** */s/ Dennis M. Hinds* _____    **8/08/2011**
                                                                  Signature of Joint Debtor (if any)              Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only